UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| 4US CORP, INC., | ) | CASE NO. 26-01936 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | HON. TIMOTHY A. BARNES |

**NOTICE OF MEETING OF CREDITORS**
**TO BE CONDUCTED VIA MICROSOFT TEAMS**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Thursday, February 26, 2026, at 11:00 am**. Please also note that the meeting will be conducted via Microsoft Teams. Parties wishing to participate in the meeting must use the following information to access the meeting:

**To Join by Video**
**Meeting ID:**     992 543 805 400
**Passcode:**       cs9mH9EC

**To Join by Phone**
**Telephone No.:**  (202) 235-7900
**Passcode:**       564 082 694#

All appearances at the meeting of creditors will be by Microsoft Teams. No personal appearances are permitted unless otherwise instructed by the U.S. Trustee's Office. The Debtor and Debtor's counsel must appear by video. All others may attend either on video or by phone.

ADAM G. BRIEF
ACTING U. S. TRUSTEE

By: */s/ Joshua Greene*
Joshua Greene, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(202) 538-4834

## **CERTIFICATE OF SERVICE**

I, Joshua Greene,

☒ an attorney, certify
    - or -
☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice on each entity shown on the attached list at the address shown and by the method shown on February 4, 2026, at 5:00 p.m.

By: */s/Joshua Greene*

## **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice For Registrants:**

Adam G. Brief:	Ustpregion11.es.ecf@usdoj.gov
David Freydin:	david.freydin@freydinlaw.com, vincent@freydinlaw.com
Bryan Jacobson:	bjacob@chapman.com
James Patrick Sullivan:	jsulliva@chapman.com, baltmiskis@chapman.com

**Parties Served via U.S. First Class Mail\*:**

- **See attached mailing matrix**

\*The First-Class Mail Recipients will be served by BMC Group on the date noted above and a Proof of Service executed by BMC Group will be filed.

```
Label Matrix for local noticing          4US Corp, Inc.                          U.S. Bankruptcy Court
0752-1                                   617 Carnation Drive                     Eastern Division
Case 26-01936                            Oswego, IL 60543-8255                   219 S Dearborn
Northern District of Illinois                                                    7th Floor
Eastern Division                                                                 Chicago, IL 60604-1702
Tue Feb  3 15:55:03 CST 2026

Amur Equipment Finance                   Ascentium Capital                       Atlast Toyota Material Handling LLC
308 N Locust St # 100                    PO BOX 979059                           125 Klamath Ct
Grand Island, NE 68801-5985              Miami, FL 33197-9059                    American Canyon, CA 94503-9700


BMO Financial Group                      Capital Truck Lease, Inc.               Chicago Land Truck Center
300 E. John Carpenter Suite 04-128       5501 Adams St.                          5501 Adams St
Irving, TX 75062-2727                    Suite M                                 Matteson, IL 60443-1047
                                         Matteson, IL 60443-1063


Commerical Credit Group, Inc.            Community Bank of Elmhurst              Compass
2135 City Gate Ln                        330 W Butterfield                       15W580 N. Frontage Road
Naperville, IL 60563-3062                Elmhurst, IL 60126-5009                 Willowbrook, IL 60527-5636


Continental Bank                         Crossroads Equipment Finance            Daimler Truck Financial
15 W South Temple Suite 300              9385 Haven Ave                          PO BOX 901
Salt Lake City, UT 84101-1542            Rancho Cucamonga, CA 91730-5338         Roanoke, TX 76262-0901


(p)DE LAGE LANDEN FINANCIAL              Eli Malikovsky                          (p)MITSUBISHI HC CAPITAL AMERICA  INC
ATTN LITIGATION & RECOVERY               617 Carnation Dr.                       1 PIERCE PLACE SUITE 1100 WEST
1111 OLD EAGLE SCHOOL ROAD               Oswego, IL 60543-8255                   ITASCA IL 60143-3149
WAYNE PA 19087-1453


Equify Financial                         (p)FIFTH THIRD BANK                     First Merchants Bank
777 Main St #3900                        MD# ROPS05 BANKRUPTCY DEPT              PO BOX 549
Fort Worth, TX 76102-5343                1850 EAST PARIS SE                      Daleville, IN 47334-0549
                                         GRAND RAPIDS MI 49546-6253


Hyundai Financial                        (p)ILLINOIS DEPARTMENT OF REVENUE       Internal Revenue Service
PO Box 20829                             BANKRUPTCY UNIT                         PO BOX 7346
Fountain Valley, CA 92728-0829           PO BOX 19035                            Philadelphia, PA 19101-7346
                                         SPRINGFIELD IL 62794-9035


JB & B Capital LLC                       Mail Stop 5014CHI                       Mark Realty LLC
109 S Northshore Dr                      230 S. Dearborn Street, Room 2600       5105 Tallview Drive
Knoxville, TN 37919-4925                 Chicago, IL 60604                       Suite 275
                                                                                 Rolling Meadows, IL 60008-3729


Mitsubishi HC Capital America            PNC Equipment Finance                   Paccar
800 Connecticut                          655 Business Center drive               777 106th Avenue N.E..
Norwalk, CT 06854-1694                   Horsham, PA 19044-3409                  Bellevue, WA 98004-5027
```

| | | |
|---|---|---|
| RTS Financial<br>9300 Metcalf Ave.<br>Overland Park, KS 66212-1463 | (p)U S SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 | (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 |
| Transportation Alliance Bank<br>4185 Harrison Boulevard, Suite 200<br>Ogden, UT 84403-6400 | US Bank Equipment Finance<br>c/o Askounis and Darcy<br>444 North Michigan Ave, Suite 3270<br>Chicago, IL 60611-3906 | Wabash Financing<br>655 Business Center Dr.<br>Horsham, PA 19044-3409 |
| Adam G. Brief<br>Office of the U. S. Trustee, Region 11<br>219 South Dearborn<br>Room 873<br>Chicago, IL 60604-2027 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| De Lage Landen Financial Services,<br>PO BOX 41602<br>Philadelphia, PA 19101-1602 | Engs Commercial Finance Co.<br>1 Pierce Pl #1100<br>Itasca, IL 60143 | Fifth Third Bank<br>Attn: Bankruptcy<br>35 Fountain Square Plaza<br>Cincinnati, OH 45263 |
| Illinois Department of Revenue<br>PO BOX 19035<br>Springfield, IL 62794-9035 | Small Business Administration<br>332 S. Michigan Avenue, Suite 600<br>Chicago, IL 60604 | Stearns Bank<br>500 13th Stret<br>PO BOX750<br>Albany, MN 56307 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BMO Bank N.A.

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38