**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: 4US Corp, Inc., ) | |
| ) | Chapter 11 |
| ) | Case No. 26-01936 |
| ) | |
| ) | |
| ) | Judge: Timothy A. Barnes |
| Debtor. ) | |

### NOTICE OF DEBTOR'S MOTION TO MAINTAIN PREPETITION BANK ACCOUNT

**TO: Served Upon the following parties electronically:**

Acting U.S. Trustee Adam Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn Room 873, Chicago, IL 60604, USTPRegion11.ES.ECF@usdoj.gov

**By US Mail:**

Bank of America, N.A., c/o Brian Moynihan, Chairman of the Board & CEO, 100 North Tryon Street, Charlotte, NC 28255

See Attached Service List

PLEASE TAKE NOTICE that on February 11, 2026, at 9:00 am, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, either in Courtroom 744 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St, Chicago, IL 60604, or electronically as described below, and present the Debtor's Motion to Maintain Prepetition Bank Account, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID**. The meeting ID for this hearing is **161 329 5276** and the passcode is **433658**. The meeting ID can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of

Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**

## Certification of Service

The undersigned, an attorney, certify that I transmitted a copy of this notice and the attached motion to the party on the service list above via regular U.S. Mail with postage prepaid from the mailbox located at 8707 Skokie Blvd, #312, Skokie, IL 60077-2269 on February 4, 2026. Furthermore, I certify that Adam Brief was notified via ECF notification on February 4, 2026, 2026.

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**

```
Label Matrix for local noticing        4US Corp, Inc.                          U.S. Bankruptcy Court
0752-1                                  617 Carnation Drive                     Eastern Division
Case 26-01936                           Oswego, IL 60543-8255                   219 S Dearborn
Northern District of Illinois                                                   7th Floor
Eastern Division                                                                Chicago, IL 60604-1702
Wed Feb  4 12:52:37 CST 2026

Amur Equipment Finance                  Ascentium Capital                       Atlast Toyota Material Handling LLC
308 N Locust St # 100                   PO BOX 979059                           125 Klamath Ct
Grand Island, NE 68801-5985             Miami, FL 33197-9059                    American Canyon, CA 94503-9700


BMO Bank N.A>                           BMO Financial Group                     Capital Truck Lease, Inc.
PO BOX 3040                             300 E. John Carpenter Suite 04-128      5501 Adams St.
Cedar Rapids, IA 52406-3040             Irving, TX 75062-2727                   Suite M
                                                                                Matteson, IL 60443-1063


Chicago Land Truck Center               Commerical Credit Group, Inc.           Community Bank of Elmhurst
5501 Adams St                           2135 City Gate Ln                       330 W Butterfield
Matteson, IL 60443-1047                 Naperville, IL 60563-3062               Elmhurst, IL 60126-5009


Compass                                 Continental Bank                        Crossroads Equipment Finance
15W580 N. Frontage Road                 15 W South Temple Suite 300             9385 Haven Ave
Willowbrook, IL 60527-5636              Salt Lake City, UT 84101-1542           Rancho Cucamonga, CA 91730-5338


Daimler Truck Financial                 (p)DE LAGE LANDEN FINANCIAL             Eli Malikovsky
PO BOX 901                              ATTN LITIGATION & RECOVERY              617 Carnation Dr.
Roanoke, TX 76262-0901                  1111 OLD EAGLE SCHOOL ROAD              Oswego, IL 60543-8255
                                        WAYNE PA 19087-1453


(p)MITSUBISHI HC CAPITAL AMERICA  INC   Equify Financial                        (p)FIFTH THIRD BANK
1 PIERCE PLACE SUITE 1100 WEST          777 Main St #3900                       MD# ROPS05 BANKRUPTCY DEPT
ITASCA IL 60143-3149                    Fort Worth, TX 76102-5343               1850 EAST PARIS SE
                                                                                GRAND RAPIDS MI 49546-6253


First Merchants Bank                    Hyundai Financial                       (p)ILLINOIS DEPARTMENT OF REVENUE
PO BOX 549                              PO Box 20829                            BANKRUPTCY UNIT
Daleville, IN 47334-0549                Fountain Valley, CA 92728-0829          PO BOX 19035
                                                                                SPRINGFIELD IL 62794-9035


Internal Revenue Service                JB & B Capital LLC                      Mail Stop 5014CHI
PO BOX 7346                             109 S Northshore Dr                     230 S. Dearborn Street, Room 2600
Philadelphia, PA 19101-7346             Knoxville, TN 37919-4925                Chicago, IL 60604


Mark Realty LLC                         Mitsubishi HC Capital America           PNC Equipment Finance
5105 Tallview Drive                     800 Connecticut                         655 Business Center drive
Suite 275                               Norwalk, CT 06854-1694                  Horsham, PA 19044-3409
Rolling Meadows, IL 60008-3729
```

| | | |
|---|---|---|
| Paccar<br>777 106th Avenue N.E..<br>Bellevue, WA 98004-5027 | RTS Financial<br>9300 Metcalf Ave.<br>Overland Park, KS 66212-1463 | (p)U S  SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 |
| (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 | Transportation Alliance Bank<br>4185 Harrison Boulevard, Suite 200<br>Ogden, UT 84403-6400 | US Bank Equipment Finance<br>c/o Askounis and Darcy<br>444 North Michigan Ave, Suite 3270<br>Chicago, IL 60611-3906 |
| Wabash Financing<br>655 Business Center Dr.<br>Horsham, PA 19044-3409 | Adam G. Brief<br>Office of the U. S. Trustee, Region 11<br>219 South Dearborn<br>Room 873<br>Chicago, IL 60604-2027 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| De Lage Landen Financial Services,<br>PO BOX 41602<br>Philadelphia, PA 19101-1602 | Engs Commercial Finance Co.<br>1 Pierce Pl #1100<br>Itasca, IL 60143 | Fifth Third Bank<br>Attn: Bankruptcy<br>35 Fountain Square Plaza<br>Cincinnati, OH 45263 |
| Illinois Department of Revenue<br>PO BOX 19035<br>Springfield, IL 62794-9035 | Small Business Administration<br>332 S. Michigan Avenue, Suite 600<br>Chicago, IL 60604 | Stearns Bank<br>500 13th Stret<br>PO BOX750<br>Albany, MN 56307 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BMO Bank N.A. | (d)BMO Bank N.A.<br>PO BOX 3040<br>Cedar Rapids, IA 52406-3040 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     2<br>Total                  40 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: 4US Corp, Inc. )<br>)<br>)<br>)<br>)<br>)<br>Debtor(s)          ) | **Chapter 11**<br>**Case No. 26-01936**<br><br>**Judge: Timothy A. Barnes** |

## MOTION TO MAINTAIN PREPETITION BANK ACCOUNT

4US Corp, Inc. , ("Debtor"), pursuant to 11 U.S.C. §§ 105 and 363, moves this Court for the entry of an order (the "Motion") authorizing the maintenance of the Debtor's existing bank account. In support of the Motion, the Debtor states as follows:

### JURISDICTION

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### RELIEF REQUESTED

2. The Debtor is a corporation and intends to use its disposable monthly income to fund a chapter 11 plan for the benefit of creditors.

**A. The Bank Accounts**

3. Prior to the Petition Date, the Debtor maintained a checking account with Bank of America, N.A. ending in #5004 (the "BoA Account") in the ordinary course of business.

4. Debtor is not able to pay bills and reorganize its business in this Chapter 11 without a bank account.

5.       The Debtor requests permission to maintain the BoA Account, as opening this account would satisfy the United States Trustee's requirement that existing bank accounts be closed and new post-petition bank accounts be opened.

6.       Furthermore, BOA is a nationally recognized, large banking institution with FDIC insurance (up to an applicable limit per account).

## NOTICE

7.       The Debtor has sent at least seven (7) days' written notice of this Motion to the United States Trustee and all other parties requesting notice of pleadings by CM/ECF.

WHEREFORE, 4US CORP, INC., Debtor, respectfully asks that this Court enter an order substantially in the form accompanying the Motion, and for such other further relief as the Court deems just.

**February 4, 2026**                                                                          **4US CORP, INC.**

By:   David Freydin
One of its Proposed Counsel

David Freydin
Law Offices of David Freydin, 8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847-972-6157 phone
866-897-7577 fax
david.freydin@freydinlaw.com
*Proposed Bankruptcy Counsel for the Debtor*