**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  4US Corp, Inc. | ) | |
| | ) | **Chapter 11** |
| | ) | **Case No. 26-01936** |
| | ) | |
| | ) | |
| | ) | **Judge: Timothy A. Barnes** |
| Debtor | ) | |

## NOTICE OF DEBTOR'S MOTION FOR AN INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

**TO: Served Upon the following parties electronically:**

Acting U.S. Trustee Adam Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn Room 873, Chicago, IL 60604;

Bryan Jacobson and James Patrick Sullivan, counsel for BMO Bank N.A., Chapman and Cutler LLP, 111 W. Monroe Street, Chicago, IL 60603;

**By US Mail:**

See Attached Service List

    PLEASE TAKE NOTICE that on February 11, 2026, at 9:00 am, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, either in courtroom 744 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St, Chicago, IL 60604, or electronically as described below, and present the Debtor's moves this Honorable Court to enter and interim order authorizing use of cash collateral, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID**. The meeting ID for this hearing is **161 329 5276** and the passcode is **433658**. The meeting ID can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**

## Certification of Service

The undersigned, an attorney, certify that I transmitted a copy of this notice and the attached motion to the party on the service list above via regular U.S. Mail with postage prepaid from the mailbox located at 8707 Skokie Blvd, #312, Skokie, IL 60077-2269 on February 4, 2026. Furthermore, I certify that Adam Brief and Trustee Matthew Brash were notified via ECF notification on February 4, 2026.

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: 4US Corp, Inc. | ) | |
| | ) | **Chapter 11** |
| | ) | **Case No. 26-01936** |
| | ) | |
| | ) | |
| Debtor(s) | ) | **Judge: Timothy A. Barnes** |
| | ) | |

## DEBTOR'S FIRST MOTION FOR AN INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

Now comes the Debtor, 4US Corp, Inc. ("Debtor"), by and through its attorneys, David Freydin and the Law Offices of David Freydin, and moves this Honorable Court to enter an interim order authorizing use of cash collateral. In support of its Motion, the Debtor states as follows:

### Jurisdiction

1. This Court has jurisdiction over this Motion under 28 U.S.C. § 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The appropriate statutory bases for the relief requested herein are §§ 361, 362 and 363 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### Background

3. On February 2, 2026, the Debtor filed a Voluntary Petition for Relief (the "Petition Date") pursuant to Chapter 11 of the Bankruptcy Code.

4. The Debtor operates and manages its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No examiner or statutory committee of creditors has been appointed.

5. The Debtor has a principal place of business in Oswego, Illinois. The Debtor is in the commercial trucking/freight business and has been incorporated since 2016.

6. The Debtor intends to continue its operations and remain in possession of its property and management of its business pursuant to sections 1107 and 1108 of the Bankruptcy Code.

7. No official committee of unsecured creditors, trustee, receiver, or examiner has been appointed in this case.

8. Upon information and belief, The Small Business Administration ("SBA") holds a perfected lien and first position security interest in the Debtor's property stemming from a 2021 EDIL Loan.

9. As of the Petition Date, the Debtor's assets include:

    a. One (1) Bank of America checking account: $1,000.00

    b. Accounts Receivable: $50,000.00

    c. Office equipment (desks, computers): $2,000.00

    d. Twenty-six (26) trucks and thirty (30) trailers (together, the "Fleet"): $3,030,000

    e. One (1) forklift: $35,000.00

10. The assets listed in Paragraph 9(a)-9(e) will be collectively referred to as the "Collateral". The assets in 9(d) and 9(e) are under-secured.

11. The Debtor's only source of funding is through its business operations. Debtor cannot operate its business, pay its ordinary expenses, or fund this reorganization without continued use of the Collateral.

12. Without the use of the Collateral, the Debtor will suffer immediate and irreparable harm.

13. The SBA's interest in the Collateral is adequately protected by the value of the Debtor's assets, ongoing operation of its business, maintenance of hazard and liability insurance and payments

of premiums thereon, performance of its duties to keep records and make reports pursuant to Bankruptcy Rule 2015, satisfaction of the U.S. Trustee's filing and reporting requirements, and the Debtor's compliance with all provisions of the Code.

14. Further, the SBA's interest in the Collateral will only improve. The Debtor anticipates that the both cash-on-hand and receivables will increase over time as its cash flow improves with this reorganization.

15. As of the Petition Date, the Collateral is required to be utilized in operating the business in its ordinary course.

16. A budget for the Debtor's operations is attached to this Motion as Exhibit A. The budget has been prepared using historical data and good faith projections.

## Request for Relief

17. By this Motion, the Debtor requests entry of an interim order authorizing the Debtor to continue use of the Collateral, including, but not limited to, that collateral relating to proceeds from the bank accounts, sales generated in the ordinary course of the Debtor's business pursuant to §§ 361, 362 and 363 of the Bankruptcy Code, and any other collateral in which any secured creditor has a valid and existing lien, and to provide for the adequate protection of said secured creditor's interest resulting from its use.

18. Should the SBA require, the Debtor is willing to have a replacement lien issued against the Collateral so that this motion can be granted.

## Basis for Relief

19. An immediate need exists for the Debtor to use the Collateral in order to continue the operation of its business. Without the use of the Collateral, the Debtor has insufficient working capital

to finance its ongoing post-petition business activities. These operating expenses are outlined in Exhibit A.

20. Pursuant to Bankruptcy Rule 4001(b), the Court may conduct a preliminary hearing to avoid irreparable harm to the Debtor's estate pending a final hearing to enable the Debtor to operate its business in the ordinary course and to pay necessary operating expenses.

## Notice

21. Notice of this Motion has been sent to all secured creditors, the United States Trustee, the 20 largest creditors at the addresses on the attached service list, and all parties requesting notice.

WHEREFORE, 4US Corp, Inc. prays that this Honorable Court enter an Order for the following:

A. Authorizing the Debtor to use the Collateral in this Chapter 11;

B. Giving the SBA a replacement lien on the Collateral in Paragraph 9 of this motion;

C. Such other and further relief as this Court deems appropriate.

**February 4, 2026**                                                            **4US Corp, Inc.**

By:   David Freydin
One of its proposed Counsel


David Freydin
Law Offices of David Freydin, 8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847-972-6157 phone
866-897-7577 fax
david.freydin@freydinlaw.com
*Proposed Bankruptcy Counsel for the Debtor*